HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDUL FATAH AHMED, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ESURANCE AUTOMOBILE INSURANCE COMPANY, an insurer,<br><br>    Defendant. | NO. 2:24-cv-01033-RSM<br><br>ORDER OF DISMISSAL **WITH PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR**: OCTOBER 7, 2024 |

### ORDER

The Court having reviewed the foregoing stipulation of the parties, hereby DISMISSES the claims against Defendant Esurance Automobile Insurance Company with prejudice and without costs to any party pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

DATED this 9th day of October, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - 1
(2:24-cv-01033-RSM)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4867-1273-8264.1

PRESENTED BY:

| STYLES LAW PLLC | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| *s/ Jeremiah Styles* | s/*Eliot M. Harris* |
| Jeremiah Styles, WSBA # 49543 | *s/ Katharine M. Miller* |
| 6628 212th St. SW, Suite 206 | Eliot M. Harris, WSBA # 36590 |
| Lynnwood, WA 98036 | Katharine M. Miller, WSBA # 57777 |
| Telephone: (425) 448-7246 | 601 Union Street, Suite 4100 |
| jeremiah@styles-law.com | Seattle, WA 98101-2380 |
| | Telephone: (206) 628-6600 |
| ***Attorney for Plaintiff Abdul Fatah Ahmed*** | eharris@williamskastner.com |
| | kmiller@williamskastner.com |
| | ***Attorneys for Defendant Esurance Insurance Company*** |

ORDER OF DISMISSAL WITH PREJUDICE - 2
(2:24-cv-01033-RSM)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4867-1273-8264.1